AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Tyrone Lamar Roberson<br>*Petitioner*<br>v.<br>Leroy Cartledge, Warden of McCormick Corrections Institution of S.C. Department of Corrections; Alan Wilson, Attorney General of South Carolina,<br>*Respondent* | ) ) ) ) ) )  Civil Action No.  2:11-cv-1486-CMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The Report and Recommendation of Magistrate Judge Bruce Howe Hendricks is accepted. This petition is dismissed without prejudice and without issuance and service of process. A certificate of appealability is denied. The petitioner shall take nothing on his complaint filed pursuant to Title 28 U.S.C § 2254.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge.

Date:  September 15, 2011                              *CLERK OF COURT*

                                                                             s/H. Hillman
                                                              *Signature of Clerk or Deputy Clerk*